

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:             01-13-00946-CR

Trial Court Cause
Number:                   1362831

Style:                    Julio Francisco Galvan

                          **v** The State of Texas

Date motion filed[*]:     February 3, 2015

Type of motion:           Motion to Reconsider Granting Oral Argument

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:
    Date Requested:

Ordered that motion is:

    ☐  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature:   __/s/  Terry Jennings__
        ☐ Acting individually    ☒ Acting for the Court

Panel consists of

Date:  July 16, 2015